**FILED**

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

SEP 2 8 1998

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

| | |
|---|---|
| GLYNN R. SIMMONS, | ) |
| Petitioner, | ) |
| vs. | ) No. CIV-97-0649-M |
| RON WARD, Warden, | ) |
| Respondent. | ) |

**DOCKETED**

## JUDGMENT

Having determined that respondent is entitled to judgment, the Court hereby enters judgment in favor of respondent and against petitioner Glynn R. Simmons.

ENTERED at Oklahoma City this _28th_ day of September, 1998.

_/s/ Vicki Miles-LaGrange_
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE

ENTERED ON JUDGMENT DOCKET ON 9-28-98

55